THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARUNKUMAR SINGAL,

    Defendant.

Case No. 2:19-cr-00251-RAJ

**ORDER ON UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING DATE**

The Court has considered Defendant Arunkumar Singal's Unopposed Motion to Continue Sentencing Hearing (the "Motion"), all materials filed in relation to the Motion, the relevant portions of the record, and the applicable law.

Being fully advised, the Court GRANTS the Motion (Dkt. #14) and continues Mr. Singal's sentencing hearing to **June 26, 2020 at 10:00 a.m.**

DATED this 30th day of January, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ON UNOPPOSED MOTION
TO CONTINUE SENTENCING HEARING - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107